(38)
3-1-02
mn

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, et al., | CIVIL NO. 1:CV-00-0878 |
| Plaintiffs | |
| v. | |
| DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; and ABF FREIGHT SYSTEM, INC., | FILED<br>MAR 0 1 2002<br>PER _____<br>HARRISBURG, PA  DEPUTY CLERK |
| Defendants | |
| * * * * * | |
| RICKEY A. BECHTEL, | CIVIL NO. 1:CV-01-0789 |
| Plaintiff | |
| v. | |
| DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; and ABF FREIGHT SYSTEM, INC., | |
| Defendants | |

**O R D E R**

Pursuant to a case management conference held this date, IT IS HEREBY ORDERED THAT:

1) No later than March 22, 2002, Plaintiffs shall file a motion to consolidate the captioned actions, accompanied by a brief in support.

2) The remainder of the briefing on the motion shall follow the deadlines set forth by the local rules.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 1, 2002.