IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(39)
3-4-02
MA

**Jeffrey D. Albright, et al.**                                    CASE NO. 1:00-CV-878

vs.

**Daniel A. Virtue, et al.**                                       DATE: March 1st, 2002 @ 8:45 AM

FILED
MAR 0 1 2002
PER ___ MA
HARRISBURG, PA DEPUTY CLERK

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: _8:45_                                             Time Terminated: _8:55_

APPEARANCES

Plaintiff's Counsel:                                               Defendant's Counsel

_Mirin_                                                            _Weinstock_

REMARKS: Discovery   10/31/02
         Disp.       11/22/02
         Trial       Feb 2003

Motion to consolidate to be
filed by 3/22/02