● **ORIGINAL** ●

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY D. ALBRIGHT, ET AL. | : | CIVIL NO. 1: CV-00-0878 |
| AND | : | |
| RICKEY A. BECHTEL<br>Plaintiffs, | : | CIVIL NO. 1:CV-01-789 |
| v. | : | |
| DANIEL A. VIRTUE, ET AL. | : | JUDGE SYLVIA RAMBO |

## MOTION TO CONSOLIDATE CASES

**AND NOW**, come Plaintiffs, Jeffrey D. Albright, et al., by and through their attorney, Robert S. Mirin, Esquire, and pursuant to FRCP 42, respectfully move this Court, to consolidate the following cases, Jeffrey D. Albright, et al v. Daniel A. Virtue, et al. and Rickey Betchel v. Daniel A. Virtue, et. al. and represent as follows:

1. The same contracts (collective bargaining agreements) and provisions are involved.
2. The same terminal closure is involved.
3. The same Union is involved.
4. The same employer is involved.
5. The same time frames are involved in both cases.
6. The same recall and grievance timeliness issues are involved.
7. The same call board issues are involved.
8. There is an extensive common "locus" of issues of law and facts apply to both cases.

FILED
MAR 2 1 2002
PER ℬ
HARRISBURG, PA DEPUTY CLERK



**WHEREFORE**, it is respectfully requested that this Motion to Consolidate be granted.

Dated: 3-2*r*02                                      Respectfully submitted,

*[signature]*

Robert S. Mirin
I.D. No. 25305
**AHMAD & MIRIN**
8150 Derry Street
Harrisburg, PA 17111
(717) 909-4343
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2002, a copy of *Motion to Consolidate Cases* was served first-class mail, postage prepaid, on the following:

James A. McCall
Special Counsel
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C., 2001

Ira Weinstock
800 N.2nd Street
Harrisburg, PA 17102

Vincent Candiello
**MORGAN, LEWIS & BOCKIUS, L.L.P.**
Once Commerce Square
417 Walnut St.
Harrisburg, PA 17101-1904

Joseph E. Santucci, Jr.
Mary D. Walsh
**MORGAN, LEWIS & BOCKIUS, L.L.P.**
111 Pennsylvania Av., N.W.
Washington D.C. 2004

Chris Sabas
Law Clerk
**AHMAD & MIRIN**
8150 Derry St.
Harrisburg, PA 17111
(717) 909-4343