i to
crt

( 43

3/22/02

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

FILED
HARRISBURG, PA

MAR 2 1 2002

MARY E. D'ANDREA CLERK
Per _____
Deputy Clerk

No. 00-4279

_____

JEFFREY D. ALBRIGHT;
NORMAN T. BOIRE; GARY M. DIETZ; WILLIAM H. ERDMAN;
MICHAEL W. FRITZ; A. RONALD FROMBAUGH; RALPH A. HARRIS;
ALLEN W. LANDIS; LOWELL McGUIRE; WALTER R. MINICH;
RAYMOND C. NEVINS; STANLEY L. NYE; VINCENT RAMIREZ, JR.;
KEITH E. SGRIGNOLI; RAY G. SNYDER, JR.; LAWRENCE D. WELKER,
Appellants

v.

DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters;
INTERNATIONAL BROTHERHOOD OF TEAMSTERS;
LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS;
ABF FREIGHT SYSTEM, INC.

D.C. Civil Action No. 00-cv-00878

_____

Argued July 30, 2001

Before:  BECKER, Chief Judge, McKEE and WEIS, Circuit Judges

(Opinion filed December 6, 2001)

_____

ORDER AMENDING OPINION

_____

The slip opinion filed on December 6, 2001 in the above case is hereby amended

as follows:

1.  On page 8, lines 1 and 2, delete the reference to the appendix cites [A337],
[A198], and [A304].

2.  On page 10, last line of the first paragraph, delete the word "would", which is