ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY D. ALBRIGHT, ET AL.. | : | CIVIL NO. 1:CV 00-0878 |
| AND | : | |
| RICKEY A. BECHTEL | : | CIVIL NO. 1:CV-01-789 |
| Plaintiffs, | : | |
| v. | : | |
| DANIEL A. VIRTUE, ET A. | : | JUDGE SYLVIA H. RAMBO |
| Defendants | | |

### CERTIFICATE OF NONCONCURRENCE

Pursuant to the Rules of the United States District Court for the Middle District, Rule 7.1, undersigned counsel has sought the concurrence of Mary D. Walsh, Esquire, Joseph E. Santucci, Jr., Esquire James A. McCall, Esquire, Ira Weinstock, Esquire, and Vincent Candiello, Esquire, attorneys for the defendants, in this Motion to Consolidate Cases. All of the above-mentioned do not concur with the motion.

Robert S. Mirin, Esq.

Dated: April 1, 2002

FILED
HARRISBURG, PA
APR 0 1 2002