

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL McGUIRE, WALTER R. MUNICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SGRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE WELKER,<br><br>Plaintiffs<br><br>v.<br><br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INC.,<br><br>Defendants | CIVIL NO. 1:CV-00-0878<br><br> |

### O R D E R

**IT IS HEREBY ORDERED THAT** the March 6, 2002 case management order is amended as follows:

    1) The pretrial conference will be held on Friday, January 24, 2003, at 9:00 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    2) Pretrial memoranda shall be filed no later than **noon on Friday, January 17, 2003**, in conformity with the local rules.

3) If the parties elect to file motions *in limine*, the following deadlines shall be followed:

    a) Motions *in limine* **and** supporting briefs are due no later than December 27, 2002;

    b) Responsive briefs shall be filed no later than January 6, 2003; and

    c) Reply briefs shall be filed no later than January 10, 2003.

4) All other deadlines and provisions set forth in the case management order remain unchanged.

                                SYLVIA H. RAMBO
                                United States District Judge

Dated: September 12, 2002.