ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, :
GARY M. DIETZ, WILLIAM H. ERDMAN, :
MICHAEL W. FRITZ, A. RONALD :
FROMBAUGH, RALPH A. HARRIS, ALLEN :
W. LANDIS, LOWELL McGUIRE, WALTER :
R. MINNICK, RAYMOND C. NEVINS, :
STANLEY L. NYE, VINCENT RAMIREZ, JR., :
KEITH E. SCRIGNOLI, RAY G. SNYDER, JR., :
and LAWRENCE WELKER

        Plaintiffs,

        v.

DANIEL A. VIRTUE, Business Agent
Of the International Brotherhood of
Teamsters; INTERNATIONAL
BROTHERHOOD OF TEAMSTERS;
LOCAL 776, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS;
ABF FREIGHT SYSTEM, INC.

        Defendants.

CIVIL NO. 1:CV-00-0878

JUDGE SYLVIA H. RAMBO

FILED
HARRISBURG, PA

OCT 3 0 2002

MARY E. D'ANDREA, CL
Per _____
Deputy Clerk

## MOTION FOR EXTENSION OF TIME FOR DISCOVERY

**NOW COME** the parties in the above action and herewith request the Court to

extend Discovery on the following basis:

1.     Plaintiffs and Defendants have three depositions to schedule at the present time

and have been able to complete discovery with respect to Plaintiff's and Defendant

company's witnesses with the exception of a witness, Connie Chambers, aka Connie

Couch, aka Connie Vaughn identified in a deposition October 25, 2002.  Said witness is

located in Fort Smith, Arkansas and the basis for her deposition was articulated by

Gordon Ringberg, Defendant Agent/Vice President for Labor Relations in his deposition

October 25, 2002.

2.      The defendant union has been unable to make Defendant Virtue available for deposition due to his involvement in the ongoing negotiations with the National Freight Agreement and has suggested his availability for the week of November 4, 2002 through November 8, 2002.

3.      Counsel also needs to take the deposition of one (1) other union official, Business Agent, Mr. Charles Shugert.  At the present time that deposition is not yet scheduled.

4.      The parties, particularly the defendant company and plaintiff, have several discovery matters which are in the process of being resolved between the parties.

**THEREFORE,** the Plaintiff respectfully requests the Court to Extend the Discovery period in this matter through Monday, December 2, 2002.

Respectfully Submitted,

Robert S. Mirin, Esquire

## CERTIFICATE OF SERVICE

I, Robert S. Mirin, do hereby certify that on the _____ day of October, 2002, I did forward a copy of the foregoing Motion to the following person(s) and in the following manner:

VIA FIRST-CLASS MAIL, POSTAGE PREPAID:

**Ira H. Weinstock, P.C.**
80 N. Second St., Suite 100
Harrisburg, PA  17102

Robyn Weiss, Esquire
**Morgan, Lewis & Bockius**
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101-1904

Joseph E. Santucci, Jr., Esquire
**Morgan, Lewis & Bockius**
1800 M. Street, N.W.
Washington, D.C.  20036

James A. McCall, Esquire
**International Brotherhood of Teamsters**
Legal Department
25 Louisiana Ave., N.W.
Washington, D.C.  2001-2198

_____
Robert S. Mirin, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, :<br>GARY M. DIETZ, WILLIAM H. ERDMAN,    :<br>MICHAEL W. FRITZ, A. RONALD    :<br>FROMBAUGH, RALPH A. HARRIS, ALLEN    :<br>W. LANDIS, LOWELL McGUIRE, WALTER    :<br>R. MINNICK, RAYMOND C. NEVINS,    :<br>STANLEY L. NYE, VINCENT RAMIREZ, JR.,    :<br>KEITH E. SCRIGNOLI, RAY G. SNYDER, JR.,    :<br>and LAWRENCE WELKER    :<br>       Plaintiffs,    :<br>    :<br>    :<br>    v.    :<br>    :<br>DANIEL A. VIRTUE, Business Agent    :<br>Of the International Brotherhood of    :<br>Teamsters; INTERNATIONAL    :<br>BROTHERHOOD OF TEAMSTERS;    :<br>LOCAL 776, INTERNATIONAL    :<br>BROTHERHOOD OF TEAMSTERS;    :<br>ABF FREIGHT SYSTEM, INC.    :<br>       Defendants.    : | CIVIL NO. 1:CV-00-0878<br><br><br><br><br><br><br><br>JUDGE SYLVIA H. RAMBO |

### CERTIFICATE OF CONCURRENCE:

Pursuant to the requirements of the local rule 7.1 of this Court; it is hereby certified that Plaintiff's counsel has contacted Jason Weinstock, Esquire and Robyn Weiss, Esquire, and obtained their concurrence in this request.

Respectfully Submitted,

Robert S. Mirin, Esquire
Supreme Court ID #25305
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111
(717) 909-4343