

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SGRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER,<br><br>Plaintiffs<br>v.<br><br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED,<br><br>Defendants | FILED<br>HARRISBURG, PA<br><br>NOV 01 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk<br><br>Case No. 1:CV-00-878<br>Judge Sylvia H. Rambo |

### NOTICE OF APPEARANCE FOR ROBYN B. WEISS

PLEASE TAKE NOTICE of the appearance of Robyn B. Weiss for Defendant ABF Freight System, Inc. in the above-referenced case. This same day, Ms. Weiss has submitted her application for *pro hac vice* admission under Local Rule 83.9.3.

Respectfully submitted,

_____
Joseph E. Santucci, Jr. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202)739-5398

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101-1904
(717) 237-4000

Attorneys for Defendant
ABF Freight System, Inc.

Dated: October 31, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2002, a copy of the foregoing Notice of Appearance of Robyn B. Weiss was served via first-class mail, postage prepaid, on the following:

Robert S. Mirin
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

Joseph E. Santucci, Jr.