ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| JEFFERY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SGRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER,<br><br>           Plaintiffs<br>    v.<br><br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED,<br><br>           Defendants | FILED<br>HARRISBURG, PA<br><br>NOV 01 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per _____/Deputy Clerk<br><br>Case No. 1:CV-00-878<br>Judge Sylvia H. Rambo |

### PRAECIPE

I, Mary D. Walsh, hereby notify the court of my withdrawal of appearance on behalf of ABF Freight System, Inc. ("ABF") in the above-referenced case because of my departure from Morgan, Lewis & Bockius, LLP. ABF continues to be represented by Joseph E. Santucci, Jr. of Morgan, Lewis & Bockius.

Respectfully submitted,

_____
Mary D. Walsh

Dated: October 30, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2002, a copy of the foregoing Praecipe was served via first-class mail, postage prepaid, on the following:

Robert S. Mirin
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

_____
Joseph E. Santucci, Jr.