57
11-7-02
MM

<u>Albright v. Virtue</u>                                TIME <u>3:00 P.M.</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. **1:CV-00-0878**

DATE    November 6, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Discovery Extension Dispute

Time Commenced    3:00              Time Terminated   3:15

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Marin | ABF | Weiss |
| | | Weinstock |

### REMARKS

Plaintiff wishes to depose Virtue, Shughart & Chambers — Virtue is agreed upon for 11/9; Shughart is noticed for 11/11 & will be granted. The notice to depose Chambers has no designated time & will not be allowed — extend discovery for thes Virtue & Shughart — not Chambers — no other deadlines extended.

FILED
NOV 06 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK