IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY D. ALBRIGHT, et al.** : | **CIVIL NO. 1:CV-00-0878** |
| Plaintiffs : | |
| v. : | |
| **DANIEL A. VIRTUE, et al.,** : | |
| Defendant : | |

### ORDER

The background of this order is as follows. On October 30, 2002, Plaintiff filed a motion for extension of time for discovery. In that motion, Plaintiff indicated that the parties needed an extension of the October 31, 2002 discovery deadline because they "have three depositions to schedule at the present time." (Pl. Mot. at 1.) Specifically, Plaintiff requested an extension to take the deposition of Defendant Daniel Virtue, and two other individuals, Robert Shugert and Connie Chambers. Plaintiff's counsel attached a certificate of concurrence, wherein he indicated that he obtained Defendants' attorneys concurrence. On October 31, 2002 and November 4, 2002, the court received Defendants' responses, both of which indicated that the scope of their concurrence in Plaintiff's motion extended only to Defendant Virtue. On November 1, 2002, Plaintiff filed a reply. The court held a conference call on November 6, 2002.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to extend the discovery deadline is **GRANTED in part and DENIED in part** as follows:

(1) Plaintiff's motion is **GRANTED** as to taking the depositions of Defendant Daniel Virtue and as to Mr. Robert Shugert. Plaintiff shall take Mr.

Virtue's deposition by November 8, 2002. Plaintiff shall take Mr. Shugert's deposition by November 11, 2002.

    (2) Plaintiff's motion is **DENIED** as to taking the deposition of Ms. Connie Chambers.

    (3) All other deadlines, as set forth in the court's case management order, shall remain the same.

                                       /s/ Sylvia H. Rambo
                                       SYLVIA H. RAMBO
                                       United States District Judge

Dated: November 7, 2002