2 TO GT



11-13-02
SC

# ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SCRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) | Case No. 1:CV-00-878 |
| v. | ) | Judge Sylvia H. Rambo |
| DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED, | ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

FILED
HARRISBURG, PA

NOV 1 2 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF MOTION
### FOR EXTENSION OF TIME FOR DISCOVERY

**AND NOW COMES** Plaintiffs' by and through their counsel, Robert S. Mirin, Esquire

of Ahmad & Mirin in response to the *Order* filed on November 7, 2002, and avers the following:

1.    Plaintiffs' counsel requests reconsideration of item #2 in the Court's Order filed

on November 7, 2002.

2.    It was not until the telephone deposition of Gordon Ringberg, which was set up at

the convenience of the company, that Plainttiffs' counsel became aware that Ms. Connie

Chambers involvement in a form proffered by Defendant Company in discovery

appeared to be at variance with other evidence (Ringberg's deposition).  It was that Mr.

Ringberg's responses concerning a document preporting to reflect company seniority

records in deposition strongly suggested that Ms. Chambers duties were far more than

ministerial as previously had been indicated to Plaintiffs' counsel.  As the deposition

proceeded, it became increasingly more apparent that Ms. Chambers duties were for more

than ministerial in reference to a document in which she ostensibly helped produce and

maintain.

        **WHEREFORE**, Plaintiffs' counsel respectfully requests that the Court

reconsider its Order.

        Respectfully submitted:

Robert S. Mirin, Esquire
ID# 25305
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA  17111
(717) 909-4343
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Sherry A. Clark, hereby certify that on this _12_ day of November, 2002, a copy of

*Plaintiffs' Motion for Reconsideration of Motion for Extension of Time for Discovery* was served

via first-class mail, postage prepaid, on the following:


**VIA FACSIMILE AND FIRST-CLASS MAIL**
Joseph E. Santucci, Jr., Esq.
Robyn Weiss                                         (202) 739-3001
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004


Ira Weinstock, Esq.
Jason Weinstock, Esq.                               (717) 238-6691
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA  17102


**VIA FIRST-CLASS MAIL**
Vincent Candiello, Esq.
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101

James A. McCall, Esq.
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001

Sherry A. Clark, Paralegal