

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SGRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER,<br><br>    Plaintiffs<br>v.<br><br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED,<br><br>    Defendants | FILED<br>HARRISBURG, PA<br><br>NOV 19 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>        Deputy Clerk<br><br>Case No. 1:CV-00-878<br>Judge Sylvia H. Rambo |

**DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776 INTERNATIONAL BROTHERHOOD OF TEAMSTERS RESPONSE TO THE PLAINTIFFS' MOTION FOR RECONSIDERATION OF MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

1. Admitted.

2. Denied. The Defendants' lack knowledge as to when Mr. Mirin became aware of Ms. Chambers involvement. By way of further response, Defense Counsel for ABF has explained Ms. Chambers involvement in a timely manner upon Plaintiffs' request. It is specifically denied that Counsel's explanation was inconsistent with Mr. Rinburg's testimony.

WHEREFORE, Defendants respectfully request that the Court DENY the Plaintiffs' Request for Reconsideration.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA 17102
Phone: (717) 238-1657

By: _____
JASON M. WEINSTOCK

2

## CERTIFICATE OF SERVICE

I, Jason M. Weinstock, Esquire, hereby certify that on this 19th day of November, 2002, a copy of Daniel A. Virtue, Business Agent of the International Brotherhood of Teamsters, International Brotherhood of Teamsters, Local 776 International Brotherhood of Teamsters Response to the Plaintiffs' Motion for Reconsideration of Motion for Extension of Time for Discovery served via first class mail, postage prepaid, on the following:

>Robert S. Mirin
>AHMAD & MIRIN
>8150 Derry Street, Suite A
>Harrisburg, PA 17111
>
>Robyn Weiss, Esquire
>MORGAN, LEWIS & BOCKIUS, LLP
>1111 Pennsylvania Avenue, NW
>Washington, D.C. 20004

By: _____
　　　JASON M. WEINSTOCK