(62)
11-21-0
MA

Albright v. Virtue                                                        TIME: 9:30 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. **1:CV-00-0878**

DATE   November 21, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference   Motion for reconsideration

Time Commenced   9:30         Time Terminated   9:45

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Robert Mirin, Esquire | | Jason Weinstock, Esquire |
| | | Robyn Weiss, Esquire |

**REMARKS**

When was Ringberg's deposition noticed — 10/25
Close of discovery is 10/30
P wants reconsideration of order denying deposition of Chambers — Deny
Extend motion in limine filing — see order of 11/21/02



FILED
NOV 21 2002
PER ___MA___
HARRIS...