

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY D. ALBRIGHT, et al.,** : | CIVIL NO. 1:CV-00-0878 |
| **Plaintiffs** : | |
| v. : | |
| **DANIEL A. VIRTUE,** Business : Agent of the International Brotherhood of Teamsters; : **INTERNATIONAL BROTHERHOOD** : **OF TEAMSTERS; LOCAL 776,** : **INTERNATIONAL BROTHERHOOD** : **OF TEAMSTERS;** and **ABF** : **FREIGHT SYSTEM, INC.,** : | |
| **Defendants** : | |



# ORDER

Before the court is Plaintiffs' motion for reconsideration of their motion for extension of time for discovery. A conference call between the court and all counsel was held this date. Upon consideration of the above, **IT IS HEREBY ORDERED THAT**:

1) Plaintiffs' motion for reconsideration is **DENIED**.

2) Defendants' verbal request for an extension of the deadline for filing motions *in limine* is granted as follows:

    a) Motions *in limine* <u>and</u> supporting briefs shall be filed no later than January 8, 2003.

    b) Responsive briefs shall be filed no later than January 17, 2003.

    c) No reply briefs will be permitted.

3) All other provisions of previous scheduling orders remain unchanged.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 21, 2002.