ORIGINAL

FILED
HARRISBURG, PA

NOV 22 2002

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY D. ALBRIGHT, NORMAN T.
BOIRE, GARY M. DEITZ, WILLIAM H.
ERDMAN, MICHAEL W. FRITZ,
A. RONALD FROMBAUGH, RALPH A.
HARRIS, ALLEN W. LANDIS, LOWELL
McGUIRE, WALTER R. MINICH,
RAYMOND C. NEVINS, STANLEY L.
NYE, VINCENT RAMIREZ, JR.,
KEITH E. SGRIGNOLI, RAY G.
SYNDER, JR., and LAWRENCE
WELKER,

:
:
:
:
:
:
:
:
:
:
:
: No. 1:CV-00-0878
:
: Judge Rambo

                         Plaintiffs,  :

    vs.

DANIEL VIRTUE, Business Agent of the
International Brotherhood of Teamsters;
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS; LOCAL 776,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS; and ABF FREIGHT
SYSTEM, INCORPORATED,

                        Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, the Defendants, Daniel Virtue, the International Brotherhood of Teamsters, and the International Brotherhood of Teamsters Local Union No. 776, respectfully move for Summary Judgment in Defendants favor in that there are no genuine issues as to any material fact and, as such, Defendants are entitled to a judgment as a matter of law, as demonstrated by the following:

1. The Answer filed by Defendants;

2. The Complaint filed by Plaintiffs;

3. Defendants' Statement of Undisputed Material Facts;

4. Defendant Daniel Virtue's Affidavit; and

5. The reasons set forth in the Defendants' Brief in Support of their Motion for Summary Judgment.

Defendants accordingly request the Court to enter an Order:

(a) Granting Defendants' Motion for Summary Judgment in its entirety; and

(b) Awarding costs and counsel fees to the Defendants and any other relief the Court deems appropriate.

Respectfully Submitted,

**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA 17102
Phone: 717-238-1657


By: _____
    JASON M. WEINSTOCK
    Attorney I.D. No. 69272


By: _____
    MAGGI E. COLWELL
    Attorney I.D. No. 88632

3

## **CERTIFICATE OF NON-CONCURRENCE AND CONCURRENCE**

I, Jason M. Weinstock, Esquire, certify that I spoke with Robyn Weiss, Esquire of MORGAN, LEWIS & BOCKIUS, LLP, attorney for Defendant ABF, and she does not object to the attached Motion for Summary Judgment.

I, Jason M. Weinstock, Esquire, certify that I spoke with Plaintiffs' attorney, Robert S. Mirin, Esquire of AHMAD & MIRIN and that Mr. Mirin does not concur in the attached Motion for Summary Judgment.

_____
JASON M. WEINSTOCK

## CERTIFICATE OF SERVICE

I, Jason M. Weinstock, Esquire, hereby certify that upon the date stated below, I served the attached Defendants' Motion for Summary Judgment upon the persons named below, at the stated addresses, by first class postage paid United States mail.

>Robert S. Mirin, Esquire
**AHMAD & MIRIN**
8150 Derry Street, Suite A
Harrisburg, PA 17111

>James A. McCall, Esquire
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C. 20001

>Robyn Weiss, Esquire
**MORGAN, LEWIS & BOCKIUS, L.L.P.**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Date: 11/22/02        By: _____
                          JASON M. WEINSTOCK