

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY D. ALBRIGHT,** *et al.,* | : | CIVIL NO. 1:CV-00-0878 |
| Plaintiffs | : | |
| v. | : | |
| **DANIEL A. VIRTUE,** *et al.,* | : | |
| Defendants | : | |
| **O R D E R** | : | |



On December 9, 2002, Plaintiffs filed a motion for extension of time until January 11, 2003 in which to respond to Defendants' motion for summary judgment. The due date for Plaintiffs' brief in opposition is December 10, 2002. The motion does not have the concurrence of Defendants.

This case is presently on the February 2003 trial list. At this point in the pretrial schedule, almost any extension at all will necessitate moving the other pretrial deadlines and the trial date. This court may be presiding over a lengthy criminal trial in March and April of 2003 and any civil trials scheduled for that period will have to be postponed. In light of these scheduling concerns, this court will suspend all pretrial deadlines subsequent to the dispositive motions deadline.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) Plaintiffs' motion for extension of time to respond to Defendants' motion for summary judgment is **GRANTED in part and DENIED in part**.

2) Plaintiffs' brief in opposition to Defendants' motion for summary judgment is due no later than December 20, 2002.

3) The deadlines for filing motions *in limine* and pretrial memoranda are suspended.

4) This case is removed from the February 2003 trial list and the January 24, 2003 pretrial conference is canceled.

5) A new scheduling order will be issued, if necessary, upon disposition of the motion for summary judgment.

SYLVIA H. RAMBO
United States District Judge

Dated: December 10, 2002.