IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY D. ALBRIGHT, et al.

        Plaintiffs

    v.

DANIEL A. VIRTUE, et al.

        Defendants.

Case No. 1:CV-00-878
Judge Sylvia H. Rambo

FILED
DEC 2 6 2002
PER_____
HARRISBURG, PA DEPUTY CLERK

**ORDER**

AND NOW, this 26 day of Dec., 2002, it is hereby ORDERED that the Defendant ABF Freight System, Inc.'s is Motion for Enlargement of Time is GRANTED. All Defendants shall have until January 13, 2003 to file Reply Briefs.

Sylvia H. Rambo
United States District Judge

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *


Re:  1:00-cv-00878   Albright v. Virtue


True and correct copies of the attached were mailed by the clerk
to the following:


     Robert S. Mirin, Esq.
     Ahmad & Mirin
     8150 Derry St.
     Harrisburg, PA   17111    Fax No.: 17175611616

     Ira H. Weinstock, Esq.
     800 North Second Street
     Harrisburg, PA   17102

     James A. McCall, Esq.
     25 Louisiana Avenue, NW
     Washington, DC   20001

     Vincent Candiello, Esq.
     Morgan, Lewis & Bockius
     One Commerce Square
     417 Walnut St.
     Harrisburg, PA   17101    Fax No.: 17172374004

     Joseph E. Santucci Jr., Esq.
     Morgan, Lewis and Bockius
     1111 Pennsylvania Ave. N.W.
     Washington, DC   20004    Fax No.: 12027393001



cc:
Judge                    (X )            ( ) Pro Se Law Clerk
Magistrate Judge         ( )             ( ) INS
U.S. Marshal             ( )             ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
Other_____   ( )

                                         MARY E. D'ANDREA, Clerk

12/26/02
```