

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SCRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER,<br>　　　　　　　　　　　Plaintiffs<br>　　　　v.<br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED,<br>　　　　　　　　　　　Defendants | Case No. 1:CV-00-878<br>Judge Sylvia H. Rambo |

### ERRATA SHEET FOR PLAINTIFFS' RESPONSE TO DEFENDANT UNION'S STATEMENT OF MATERIAL FACTS

Please be advised that the following changes were not made to the *Plaintiffs' Response to Defendant Union's Statement of Material Facts* before being submitted to this Honorable Court. Please note the changes are as follows:

1. Page 4, Item #4, after the sentence, "...employees by seniority dates." please insert "(Seniority Roster – Plaintiffs Ex. 6)".

2. Page 4, Item #5, after the sentence, "...of article 5 does not do so." please insert "(Article 5, Section 5 – Plaintiffs Ex. 1)".

3. Page 5, Item #7, in the sentence, "...as noted by the Circuit Court..." please insert a comma after "Court" and strike "The" and insert "the".

4. Page 5, Item #7, after the sentence, "…parties to this lawsuit." please insert "(See <u>Albright</u> remand discussing agency and evidentiary relevance (Decision of Third Circuit Court – See Plaintiffs Ex. 5))".

Date: 1/17/03

By: _____
Robert S. Mirin, Esquire
ID# 25305
**AHMAD & MIRIN**
2515 North Front Street
Harrisburg, PA 17110
(717) 909-4343

## CERTIFICATE OF SERVICE

I, Sherry A. Clark, hereby certify that on this /4th day of January, 2003, a copy of *Errata Sheet for Plaintiffs' Response to Defendant Union's Statement of Material Facts* was served via first-class mail, postage prepaid, on the following:

Joseph E. Santucci, Jr.
Robyn Weiss
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

Sherry A. Clark, Paralegal