IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SCRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER, <br>　　　　　　　　Plaintiffs <br>　　v. <br> DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED, <br>　　　　　　　　Defendants | FILED <br> HARRISBURG, PA <br> JAN 17 2003 <br> MARY E. D'ANDREA, CLERK <br> Per _____ <br>　　　　Deputy Clerk <br><br> Case No. 1:CV-00-878 <br> Judge Sylvia H. Rambo |

### ERRATA SHEET FOR PLAINTIFFS' RESPONSE TO DEFENDANT ABF'S STATEMENT OF MATERIAL FACTS

Please be advised that the following changes were not made to the *Plaintiffs' Response to Defendant ABF's Statement of Material Facts* before being submitted to this Honorable Court. Please note the changes are as follows:

1. Page 5, Item #12, in the sentence, "(See Exhibit   , June 6, 2002 seniority list" please insert "(6)" after the word "Exhibit".

2. Page 7, Paragraph 2, in the sentence, "…and provisions or others liberations…" please strike the word "liberations" and insert the word "deliberations".

3. Page 8, Item #14, in the sentence, "…on their own However." please insert a "." after the word "own".

4. Page 12, Item #32, in the sentence, "…and the union at that time; regardless…" please strike the ";" after the word "time" and insert a "." and strike the word "regardless" and make it "Regardless".

Date: 1/17/03          By: _____
                           Robert S. Mirin, Esquire
                           ID# 25305
                           **AHMAD & MIRIN**
                           2515 North Front Street
                           Harrisburg, PA  17110
                           (717) 909-4343

## CERTIFICATE OF SERVICE

I, Sherry A. Clark, hereby certify that on this 14th day of January, 2003, a copy of *Errata Sheet for Plaintiffs' Response to Defendant ABF's Statement of Material Facts* was served via first-class mail, postage prepaid, on the following:

Joseph E. Santucci, Jr.
Robyn Weiss
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

Sherry A. Clark, Paralegal