


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SCRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER,<br>　　　　　　　　Plaintiffs<br>　　　v.<br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED,<br>　　　　　　　　Defendants | FILED<br>HARRISBURG, PA<br><br>JAN 17 2003<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>　　　　Deputy Clerk<br><br>Case No. 1:CV-00-878<br>Judge Sylvia H. Rambo |

## ERRATA SHEET FOR PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Please be advised that the following changes were not made to the *Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment* before being submitted to this Honorable Court. Please note the changes are as follows:

1. Page 8, Item #5, strike the word "clean" and replace it with the word "clear".

2. Page 9, Item #8, in the sentence, "…issued by Charles Shuggart in 1995..." strike the comma after "1995".

3. Page 9, Item #8, in the sentence, "…drivers ad hoc contacts…" please insert a comma after "contacts".

4. Page 13, Paragraph 2, in the sentence, "…Article 8 § 6(d)(1)." please insert a ")" after the period.

5. Page 14, Paragraph 1, in the sentence, "Because Defendants contend..." please strike the word "Because".

6. Page 16, Paragraph 2, in the sentence, "Again, this an issue raised..." please insert the phrase "discrimination issue is" after the word "this".

7. Page 16, Paragraph 2, in the sentence, "...Affidavits and documents." please strike the period after the word "documents" and insert the phrase ", along with the reasonableness issue."

Date: 1/08/03

By: _____
Robert S. Mirin, Esquire
ID# 25305
**AHMAD & MIRIN**
2515 North Front Street
Harrisburg, PA  17110
(717) 909-4343

## CERTIFICATE OF SERVICE

I, Sherry A. Clark, hereby certify that on this /7th day of January, 2003, a copy of

***Errata Sheet for Plaintiffs' Brief in Opposition to Defendant Motion for Summary Judgment***

was served via first-class mail, postage prepaid, on the following:

Joseph E. Santucci, Jr.
Robyn Weiss
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA  17102

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001

Sherry A. Clark, Paralegal