IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JEFFREY D. ALBRIGHT,** *et al.* : CIVIL NO. 1:CV-00-0878

Plaintiffs :

v. :

**DANIEL A. VIRTUE,** *et al.,* :

Defendant :



## ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) Defendants Daniel Virtue, International Brotherhood of Teamsters; and Local 776, International Brotherhood of Teamsters' motion for summary judgment is **GRANTED;**

(2) Defendant ABF Freight System, Inc.'s motion for summary judgment is **GRANTED;**

(3) The Clerk of Court shall enter judgment against Plaintiffs and in favor of all Defendants and close the case file.

SYLVIA H. RAMBO
United States District Judge

Dated: February 13, 2003