AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

JEFFREY D. ALBRIGHT; NORMAN T. BOIRE;
GARY M. DIETZ; WILLIAM H. ERDMAN;
MICHAEL W. FRITZ; RALPH A. HARRIS;
ALLEN W. LANDIS; LOWELL MCGUIRE;
WALTER R. MINICH STANLEY L. NYE;
VINCENT RAMIREZ, JR.; RAY G. SNYDER;
LAWRENCE D. WELKER
    Plaintiffs

V.

DANIEL A. VIRTUE; BROTHERHOOD OF
TEAMSTERS; INTERNATIONAL BROTHERHOOD
OF TEAMSTERS; LOCAL 776, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS; ABF FREIGHT
SYSTEM, INC.
    Defendants

Case No: 1:00-CV-0878

Judge Sylvia H. Rambo



FILED
FEB 1 3 2003
PER____MA____
HARRISBURG, PA  DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, DANIEL A. VIRTUE; BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INC., and against the Plaintiffs, JEFFREY D. ALBRIGHT; NORMAN T. BOIRE; GARY M. DIETZ; WILLIAM H. ERDMAN; MICHAEL W. FRITZ; RALPH A. HARRIS; ALLEN W. LANDIS; LOWELL MCGUIRE; WALTER R. MINICH; STANLEY L. NYE; VINCENT RAMIREZ, JR.; RAY G. SNYDER; LAWRENCE D. WELKER

Date: February 13, 2003

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk