AO 133
Rev 7/82)

BILL OF COSTS

# United States District Court

Jeffrey D. Albright, et al.

v.

Daniel A. Virtue, et al.

| | |
|---|---|
| **DISTRICT** | Middle |
| **DOCKET NO.** | 1:CV-00-0878 |
| **MAGISTRATE CASE NO.** | |

Judgment having been entered in the above entitled action on ___February 13, 2003___ against
date

___Plaintiffs___ the clerk is requested to tax the following as costs:

FILED
HARRISBURG, PA

MAR 1 1 2003

MARY E. D'ANDREA, CLERK
Per _____
(Deputy Clerk)

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk ......................................................... $ | |
| Fees for service of summons and complaint ................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ................................ | |
| Fees and disbursements for printing (See Exhibit A attached) | $    818.50 |
| Fees for witnesses (itemized on reverse side) ............................ | |
| Fees for exemplification and copies of papers necessarily obtained for use in case ................................ | |
| Docket fees under 28 U.S.C. § 1923 ..................................... | |
| Costs incident to taking of depositions (See Exhibit B attached) | $ 3,023.77 |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Other costs (Please itemize) ........................................... | |
| | |
| | |
| | |
| **TOTAL** $ | 3,842.27 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to: Robert S. Mirin, Esquire, Robyn B. Weiss, Esquire and James A. McCall, Esquire (See Certificate of Service)

SIGNATURE OF ATTORNEY _____

FOR: Defendants Daniel A. Virtue, International Brotherhood of Teamsters and Local 776, International Brotherhood DATE 3/10/03

Name of claiming party    of Teamsters

| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME |
|---|---|

| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED $ | |
|---|---|---|
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE |

**EXHIBIT A**

01/13/03    Defendants' Reply to Plaintiffs' Brief in Opposition to
            Defendants' Motion for Summary Judgment
                12 pages x 7 copies = 84 pages x .25/pg.=.................................$    21.00

            **TOTAL FOR PHOTOCOPYING**.......................................................$  **818.50**

**EXHIBIT B**

## DEPOSITION TRANSCRIPT FEES*

Geiger and Loria Reporting Service:

        Deposition of Ray Snyder taken on 8/5/02.......................................................$    587.30
        Deposition of Keith Sgrignoli taken on 8/12/02 .............................................$    232.70
        Deposition of William Erdman taken on 9/27/02.............................................$    303.90
        Deposition of Vincent Ramirez taken on 9/27/02............................................$    309.10
        Deposition of Stanley Nye taken on 9/28/02..................................................$    315.30

Leary Reporting Service:

        Deposition of Leon Edenbo and Gary Drake taken on 10/4/02........................$    454.00
        Deposition of David Quidort taken on 10/25/02.............................................$    241.46
        Deposition of Gordon Ringberg taken on 10/28/02.........................................$    181.51

Capital City Reporting Service:

        Deposition of Daniel Virtue taken on 11/7/02..................................................$   238.00
        Deposition of Charles Shughart taken on 11/14/02 ..........................................$   160.50

## TOTAL DEPOSITION TRANSCRIPT COST ....................................... $ 3,023.77

*Attached hereto are copies of the invoices from the various court reporters.

# Geiger & Loria Reporting Service

*2408 Park Drive, Suite B*
*Harrisburg, PA 17110*
*Phone #: (717)541-1508 Fax #: (717)541-1509*

| | |
|---|---|
| **Invoice Date** | |
| 8/15/2002 | |
| **Invoice No.** | |
| 8058 | |
| **Employer I.D.** | |
| 25-1679685 | |
| **Terms** | |
| Net 30 Days | |

To:  IRA WEINSTOCK                    Acct #      1,507
TEAMSTERS 776 LOCAL
800 NORTH SECOND STREET
SUITE 100
HARRISBURG, PENNSYLVANIA 17102

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

RE:    ALBRIGHT  VS VIRTUE

Date:    8/05/2002

Case No.:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - RAY  SNYDER | 185 | 2.80 | 518.00 |
| ATTENDANCE | 1 | 50.00 | 50.00 |
| EXHIBITS | 38 | 0.35 | 13.30 |
| SHIPPING | 1 | 6.00 | 6.00 |

**Total:**        **587.30**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment:

VISA   MasterCard   [American Express] Cards   [card]   Check enclosed

☐   ☐   ☐   ☐   ☐

Credit card #

_____

Expiration date

_____

Authorized signature (for credit card payment)

## Remittance Portion

Please return with payment to insure proper credit.
Mail to:

    Geiger & Loria Reporting Service
    2408 Park Dr., Suite B
    Harrisburg, PA 17110

| **TOTAL DUE:** | **587.30** |
|---|---|

8 058    KB

# Geiger & Loria Reporting Service

**2408 Park Drive, Suite B**
**Harrisburg, PA  17110**
**Phone #: (717)541-1508  Fax #: (717)541-1509**

| | |
|---|---|
| **Invoice Date** | |
| 8/26/2002 | |
| **Invoice No.** | |
| 8108 | |
| **Employer I.D.** | |
| 25-1679685 | |
| **Terms** | |
| Net 30 Days | |

To:  IRA WEINSTOCK          Acct #       1,507
TEAMSTERS 776 LOCAL
800 NORTH SECOND STREET
SUITE 100
HARRISBURG, PENNSYLVANIA  17102

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

RE:     ALBRIGHT VS VIRTUE

Date:     8/12/2002

Case No.:  1:CV-00-878

| Description | Qty | Amount | Charges |
|---|---|---|---|
| TRANSCRIPT-KEITH SGRIGNOLI | 118 | 1.70 | 200.60 |
| EXHIBITS | 30 | 0.35 | 10.50 |
| CONDENSED TRANSCRIPT | 1 | 16.00 | 16.00 |
| SHIPPING | 1 | 5.60 | 5.60 |

RECEIVED
AUG 2 8 2002

**Total:**          **232.70**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment:

             Check enclosed

☐     ☐     ☐     ☐     ☐

Credit card #

_____

Expiration date

_____

Authorized signature (for credit card payment)

_____

## Remittance Portion

Please return with payment to insure proper credit.
Mail to:

Geiger & Loria Reporting Service
2408 Park Dr., Suite B
Harrisburg, PA  17110

| **TOTAL DUE:** | **232.70** |
|---|---|

8 108   KB

# Geiger & Loria Reporting Service

*2408 Park Drive, Suite B*
*Harrisburg, PA  17110*
*Phone #: (717)541-1508  Fax #: (717)541-1509*

| | |
|---|---|
| **Invoice Date** | |
| 10/08/2002 | |
| **Invoice No.** | |
| 8427 | |
| **Employer I.D.** | |
| 25-1679685 | |
| **Terms** | |
| Net 30 Days | |

**To:  JASON WEINSTOCK**                              Acct #      1,507
**LAW OFFICE OF IRA WIENSTOCK**
**800 NORTH SECOND STREET**
**SUITE 100**
**HARRISBURG, PENNSYLVANIA  17102**

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

RE:    **ALBRIGHT VS VIRTUE**
Date:    **9/27/2002**
Case No.:    **1:CV-00-878**

| Description | Qty | Amount | Charges |
|---|---|---|---|
| TRANSCRIPT - WILLIAM  ERDMAN | 166 | 1.70 | 282.20 |
| EXHIBITS | 46 | 0.35 | 16.10 |
| SHIPPING | 1 | 5.60 | 5.60 |

**Total:**          **303.90**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment:

       Check enclosed

☐   ☐   ☐   ☐   ☐

Credit card #

_____

Expiration date

_____

Authorized signature (for credit card payment)

_____

## Remittance Portion

Please return with payment to insure proper credit.
Mail to:

   Geiger & Loria Reporting Service
   2408 Park Dr., Suite B
   Harrisburg, PA  17110

| | |
|---|---|
| **TOTAL  DUE:** | **303.90** |

8 427    KB

# Geiger & Loria Reporting Service

**2408 Park Drive, Suite B**
**Harrisburg, PA 17110**
**Phone #: (717)541-1508  Fax #: (717)541-1509**

| | |
|---|---|
| **Invoice Date** | 10/08/2002 |
| **Invoice No.** | 8428 |
| **Employer I.D.** | 25-1679685 |
| **Terms** | Net 30 Days |

To:  JASON WEINSTOCK                              Acct #      1,507
LAW OFFICE OF IRA WEINSTOCK
800 NORTH SECOND STREET
SUITE 100
HARRISBURG, PENNSYLVANIA  17102

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

RE:  ALBRIGHT  VS VIRTUE

Date:    9/27/2002

Case No.:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - VINCENT  RAMIREZ | 87 | 2.80 | 243.60 |
| ATTENDANCE - SPLIT | 1 | 25.00 | 25.00 |
| HOURLY ATTENDANCE - AFTER 5 P.M. | 1 | 30.00 | 30.00 |
| EXHIBITS | 30 | 0.35 | 10.50 |

**Total:        309.10**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment:

VISA    MasterCard    American Express Cards    [ ]  Check enclosed

[ ]  [ ]  [ ]  [ ]  [ ]

Credit card #

_____

Expiration date

_____

Authorized signature (for credit card payment)

_____

## Remittance Portion

Please return with payment to insure proper credit.
Mail to:

    Geiger & Loria Reporting Service
    2408 Park Dr., Suite B
    Harrisburg, PA  17110

| TOTAL DUE: | 309.10 |
|---|---|

8 428    KB

# Geiger & Loria Reporting Service

*2408 Park Drive, Suite B*
*Harrisburg, PA  17110*
*Phone #: (717)541-1508  Fax #: (717)541-1509*

| | |
|---|---|
| **Invoice Date** | 10/08/2002 |
| **Invoice No.** | 8430 |
| **Employer I.D.** | 25-1679685 |
| **Terms** | Net 30 Days |

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

To:  JASON WEINSTOCK                    Acct #     1,507
LAW OFFICE OF IRA WEINSTCOK
800 NORTH SECOND STREET
SUITE 100
HARRISBURG, PENNSYLVANIA  17102

RE:     ALBRIGHT  VS VIRTUE

Date:     9/28/2002

Case No.:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - STANLEY  NYE | 92 | 2.80 | 257.60 |
| ATTENDANCE-SPLIT SATURDAY | 1 | 50.00 | 50.00 |
| EXHIBITS | 22 | 0.35 | 7.70 |

**Total:          315.30**

---

## Method of Payment:

    Check enclosed

☐  ☐  ☐  ☐  ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

## Remittance Portion

Please return with payment to insure proper credit.
Mail to:

Geiger & Loria Reporting Service
2408 Park Dr., Suite B
Harrisburg, PA  17110

| TOTAL  DUE: | 315.30 |
|---|---|

8 430     KB

# Leary Reporting
## Court Reporters
112 West Main Street
Suite #200
Mechanicsburg, PA 17055
FAX(717)691-7768
(717)233-2660

Voucher # *DM22403-C*

EIN # 25-1779774

Date: November 5, 2002

TO:
Law Office of Ira Weinstock
800 North Second Street
Harrisburg, PA 17102

ATTN:
Jason Wienstock, Esq.

| | |
|---|---|
| 10/4/02 | **Albright, et al. vs Virtue, et al.** |
| | Furnishing copy of the deposition of Leon Edenbo(149 pgs) and Gary Drake(77pgs) on 10/4/02 Handling Fee |
| | Total Amount    454.00 |

TERMS: UPON RECEIPT. A PENALTY OF 1.5% PER MONTH WILL BE
ADDED TO INVOICES AFTER 30 DAYS.

Original                    Return W/Payment                    File

# Leary Reporting
## Court Reporters
112 West Main Street
Suite #200
Mechanicsburg, PA  17055
FAX(717)691-7768
(717)233-2660

Voucher #    *GL22479-C*

EIN # 25-1779774

Date:    November 18, 2002

TO:
Law Office of Ira Weinstock
800 North Second Street
Harrisburg, PA  17102

ATTN:
Jason Weinstock, Esq.

| 10/25/02 | Albright, et al. vs Virtue, et al.<br><br>Furnishing copy of the deposition of David Quidort on 10/25/02 cosisting of 117 pages.<br>Min-u-script<br>Postage and handling | |
| --- | --- | --- |
| | Total  Amount | 241.46 |

TERMS: UPON RECEIPT.  A PENALTY OF 1.5% PER MONTH WILL BE ADDED TO INVOICES AFTER 30 DAYS.

Original                    Return W/Payment                    File

# Leary Reporting
## Court Reporters
112 West Main Street
Suite #200
Mechanicsburg, PA 17055
FAX(717)691-7768
(717)233-2660

**Voucher #**    *GL22441–C*

EIN # 25-1779774

Date:    November 15, 2002

TO:
Law Office of Ira Weinstock
800 North Second Street
Harrisburg, PA 17102

ATTN:
Jason Weinstock, Esq.

| 10/25/02 | Albright, et al. vs Virtue, et al. | |
|---|---|---|
| | Furnishing copy of the deposition of Gordon Ringberg on 10/25/02 consisting of 86 pages. Min-u-script Postage and handling | |
| | Total Amount | 181.51 |

TERMS: UPON RECEIPT. A PENALTY OF 1.5% PER MONTH WILL BE ADDED TO INVOICES AFTER 30 DAYS.

Original                    Return W/Payment                    File

~~Please make check~~ payable to Marlene DePanfilis, d/b/a

*Capital City Reporting Service*



Invoice# KO-0008/02

*P. O. Box 11908*
*Federal Square Station*
*Harrisburg, Pennsylvania 17108*

𝒯o:

IRA H. WEINSTOCK, P.C.
800 N. Second Street, Suite 100
Harrisburg, PA  17102
ATTN:  JASON M. WEINSTOCK, ESQUIRE

Telephone: (717) 561-0503
Fax: (717) 561-0537

S.S. 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

November 18, 2002

IN RE:  Deposition taken of Daniel A. Virtue, at 8150
Derry Street, Suite A, Harrisburg, Pennsylvania,
on November 7, 2002, in the following matter:

Jeffery D. Albright, et al., vs. Daniel A. Virtue,
Business Agent of the International Brotherhood of
Teamsters, et al., Case No. 1:CV-00-878

One copy of transcript*
(119 pgs. @ $2.00 per page)          $238.00

KO

*PLEASE MAKE CHECKS PAYABLE TO:*
*MARLENE DePANFILIS, D/B/A*

**CAPITAL CITY REPORTING SERVICE**
**P.O. BOX 11908**
**FEDERAL SQUARE STATION**
**HARRISBURG, PA 17108**
**TELEPHONE (717) 561-0503**
**FAX (717) 561-0537**

**INVOICE NO. FP-03-02**

**NET: 30 DAYS**

TO:   JASON M. WEINSTOCK, ESQUIRE
      IRA H. WEINSTOCK, P.C.
      SUITE 100
      800 NORTH SECOND STREET
      HARRISBURG, PA 17102

                          Invoice No. FP-03-02
                          SS.NO. 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
                          Date: November 25, 2002

**PLEASE SUBMIT ORIGINAL WITH PAYMENT**

IN RE:    *DEPOSITION OF CHARLES SHUGHART* **taken on November 14,**
          **2002, at the Offices of Ahmad and Mirin, 8150 Derry**
          **Street, Harrisburg, Pennsylvania, in the matter of:**
          **JEFFERY D. ALBRIGHT, ET AL VERSUS DANIEL A VIRTUE,**
          **BUSINESS AGENT OF THE INTERNATIONAL BROTHERHOOD OF**
          **TEAMSTERS, ET AL., CASE NO. 1:CV-00-878.**

          **Copy of Transcript.**

          **(78 Pages x $2.00@)**          $156.00
          **Postage & Handling**              4.50

               **Total**                   $160.50

fp/√P

NOTE:     **TRANSCRIPT WILL BE SENT ON RECEIPT OF PAYMENT. IF**
          **C.O.D. IS REQUESTED, C.O.D. CHARGES WILL BE ADDED.**

          Payee #: _____ NA
          Acct #: _____ 2603-1088=N
          Date Due: _____ 12-2-02

## CERTIFICATE OF SERVICE

I, Jason M. Weinstock, Esquire, hereby certify that upon the date stated below, I served the attached **DEFENDANTS' BILL OF COSTS** upon the persons named below, at the stated addresses, by first class postage paid United States mail.

Robert S. Mirin, Esquire
**AHMAD & MIRIN**
2515 North Front Street
Harrisburg, PA 17110

James A. McCall, Esquire
International Brotherhood of Teamsters
25 Louisiana Avenue, N.W.
Washington, D.C. 20001

Robyn B. Weiss, Esquire
**MORGAN, LEWIS & BOCKIUS, L.L.P.**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**Dated:** 03/11/03

JASON M. WEINSTOCK