

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

March 17, 2003

Robert S. Mirin, Esq.
Jason M. Weinstock, Esq.
James A. McCall, Esq.
Maggi E. Colwell, Esq.
Joseph E. Santucci, Jr., Esq.
Mary D. Walsh, Esq.
Robyn B. Weiss, Esq.
Vincent Candiello, Esq.
Ira H. Weinstock, Esq.

    Re:    <u>Albright vs. Virtue, et. al.</u>
            Case: 1:00-cv-0878 (Judge Rambo)

Dear Counsel:

    A bill of cost was filed on March 11, 2003, by defendants, Daniel Virtue; International Brotherhood of Teamsters; and Local 776, International Brotherhood of Teamsters. This letter is to advise you that objections to the bill of costs may be filed with the Clerk of Court on or before March 25, 2003.

    Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

    Very truly yours,

    MARY E. D'ANDREA, CLERK

    By s/Roseanne Pucilowski
    Deputy Clerk