*TPO B/14/04*
*Fee Pd*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY D. ALBRIGHT, NORMAN T.              )
BOIRE, GARY M. DIETZ, WILLIAM H.            )
ERDMAN, MICHAEL W. FRITZ,                   )
A. RONALD FROMBAUGH, RALPH A.               )
HARRIS, ALLEN W. LANDIS, LOWELL             )
MCGUIRE, WALTER R. MINICH,                  )
RAYMOND C. NEVINS, STANLEY L. NYE,          )
VINCENT RAMIREZ, JR., KEITH E.              )
SCRIGNOLI, RAY G. SNYDER, JR., and          )
LAWRENCE D. WELKER,                         )
             Plaintiffs     )    Case No. 1:CV-00-878
       v.                        )    Judge Sylvia H. Rambo
DANIEL A. VIRTUE, Business Agent of the     )
International Brotherhood of Teamsters;      )
INTERNATIONAL BROTHERHOOD OF                )
TEAMSTERS; LOCAL 776, INTERNATIONAL         )
BROTHERHOOD OF TEAMSTERS; ABF               )
FREIGHT SYSTEM, INCORPORATED,               )
             Defendants     )
                                            )

FILED
HARRISBURG, PA

MAR 1 4 2003

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above named case, hereby appeals to the

United States Court of Appeals for the Third Circuit by the United States District Court for the

Middle District of Pennsylvania as follows:

    a. Order entered February 13, 2003, granting Defendants Daniel Virtue, International

Brotherhood of Teamsters; and Local 776, International Brotherhood of Teamsters' and

Defendants ABF Freight System, Inc.'s Motion for Summary Judgment.

Date: 3/14/03                    By _____
                         Robert S. Mirin, Esquire
                         ID# 25305
                         **AHMAD & MIRIN**
                         2515 North Front Street
                         Harrisburg, PA  17110
                         (717) 909-4343

## **CERTIFICATE OF SERVICE**

I, Sherry A. Clark, hereby certify that on this _14th_ day of March, 2003, a copy of

***Notice of Appeal*** was served via first-class mail, postage prepaid, on the following:

Joseph E. Santucci, Jr.
Robyn Weiss
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA  17101

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA  17102

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001

Sherry A. Clark, Paralegal

Fri Mar 14 15:25:26 2003

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   111 138357
Cashier        pamela

Tender Type  CHECK

Check Number: 2714

Transaction Type   N

DO Code    Div No      Acct
4667        1        086900

Amount              $   105.00

ROBERT MIRIN 8150 DERRY STREET  HBG,
PA  17111

NOA IN 00-CV-878

.bn

Fri Mar 14 15:25:26 2003

Check No. 2714
Amount:   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667