INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                       DISTRICT COURT NO. __1:-CV-00-878__

Jeffrey D. Albright, et al.
  Vs                                                          CT. OF APPEALS NO. _____
Daniel A. Virtue, et al.


NOTICE OF APPEAL FILED                     COURT REPORTER(S) ___None___

FILING FEE:

NOTICE OF APPEAL __X__ PAID ___NOT PAID ___SEAMAN

DOCKET FEE    __X__ PAID ___NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

___ PRIVATE ATTORNEY
___ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
___ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
       (Attach Copy of Order)
___ MOTION GRANTED (IN FIRST INSTANCE)
___ MOTION DENIED (IN FIRST INSTANCE)
___ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
       (Attach copy of Order)
___ GRANTED
___ DENIED
___ PENDING


COPIES TO:
Judge Rambo
Vincent Candiello, Esquire
Maggi E. Colwell, Esquire
James A. McCall, Esquire
Robert S. Mirin, Esquire
Joseph E. Santucci, Jr., Esquire
Ira H. Weinstock, Esquire
Jason M. Weinstock, Esquire
Robyn B. Weiss, Esquire
File Copy


                                        PREPARED BY ___Renee M. Brtalik___
                                                         Deputy Clerk
Date: March 17, 2003