

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-392
Williamsport: (570) 323-638(

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   Jeffrey D. Albright, et al. v. Daniel A. Virtue, et al.
      USDC NO: 1:00-CV-878
      USCA NO:
      E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____      Civil Prisoner Case: Case file and docket sheet available through RACER.

_____      Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

__X__      Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.

_____      Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____      Non-Prisoner Civil Case or Criminal Case:
           ____ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/  Renee M. Brtalik
Deputy Clerk

Date: __March 17, 2003__