## Return Receipt

| | |
|---|---|
| Your document: | 1:00-CV-878 Notice of Appeal |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 03/17/2003 03:26:38 PM |