AO 133   (Rev. 1/94) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

Albright, et al.
V.
Virtue, et al.

**BILL OF COSTS**

Case Number: 1:CV-00-878

FILED
HARRISBURG, PA
MAR 17 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Judgment having been entered in the above entitled action on __2/13/03__ against __Plaintiffs__ the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................................... | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (See Exhibit B) | 3,066.83 |
| Fees and disbursements for printing ....................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ........................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (See Exhibit A) | 535.72 |
| Docket fees under 28 U.S.C. 1923 ......................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ................................... | _____ |
| Compensation of court-appointed experts .............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) ................................................................... | _____ |
| TOTAL | $ 3,602.55 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Robert S. Mirin, Esq.; Jason M. Weinstock, Esq.; James A. McCall, Esq.

Signature of Attorney: _Robyn B. Weiss_

Name of Attorney: Robyn B. Weiss

For: ABF Freight System    Date: 3/17/03
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                         Deputy Clerk                       Date

2002 © American LegalNet, Inc.

EXHIBIT A

| | |
|---|---|
| Defendant ABF's Responses to Plaintiffs'<br>First Set of Interrogatories to All Defendants<br>12 pages x $.12/page = | $ 1.44 |
| Defendant ABF's Responses to Plaintiffs'<br>First Request for Production of Documents to<br>All Defendants<br>10 pages x $.12/page = | $ 1.20 |
| Defendant ABF's Production of Documents<br>6,195 pages x $.09/page + $33.45 (sales tax)<br>- $80.00 (cost of Plaintiffs' production) = | $ 511.00[1] |
| Defendant ABF's Exhibits in Support<br>of Its Motion for Summary Judgment<br>184 pages x $.12/page = | $ 22.08[2] |
| **Total for Photocopying** | **$ 535.72** |

---

[1] ABF has requested payment for its copying costs on two separate occasions, July 26, 2002 and October 30, 2002. See Attached. To date, Plaintiffs have not reimbursed ABF for its copying costs associated with its document production.

[2] ABF is only seeking the cost of one set of exhibits, despite the fact that it had to file two sets with the court and serve all other parties with a set.

EXHIBIT B

Geiger and Loria Reporting Service:

| | |
|---|---|
| Deposition of Ray Snyder taken 8/5/02 | $ 362.69 |
| Deposition of Keith Sgrignoli taken 8/12/02 | $ 405.90 |
| Deposition of William Erdman taken 9/27/02 | $ 541.50 |
| Deposition of Vincent Ramirez taken 9/27/02 | $ 158.40 |
| Deposition of Stanley Nye taken 9/28/02 | $ 214.10 |

Leary Reporting Service:

| | |
|---|---|
| Deposition of Leon Edenbo and Gary Drake taken 10/4/02 | $ 522.79 |
| Deposition of David Quidort taken 10/25/02 | $ 241.45 |
| Deposition of Gordon Ringberg taken 10/28/02 | $ 181.50 |

Capitol City Reporting Service

| | |
|---|---|
| Deposition of Daniel Virtue taken 11/7/02 | $ 278.00 |
| Deposition of Charles Shughart taken 11/14/02 | $ 160.50 |

**Total Deposition Costs**                              **$ 3066.83**