# DOCUMENTS IN SUPPORT OF

# BILL OF COSTS

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Robyn B. Weiss**
202-739-5834
rweiss@morganlewis.com

October 30, 2002

**VIA FACSIMILE AND REGULAR MAIL**

Robert S. Mirin
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111

Re:   <u>Albright, et. al. v. Virtue, et. al.; Case No. 1:CV:00-878</u>

Dear Mr. Mirin:

As you know, discovery in this case closes tomorrow. On Friday, October 25, 2002, you notified me for the first time, during the deposition of Mr. Ringberg, that the documents Plaintiffs Sgrignoli and Erdman brought to their depositions would be available for inspection and copying at your office. Because of the late notice regarding the availability of these documents, ABF hereby reserves its right to review and copy the documents after the close of discovery deadline, at a mutually agreed-upon time.

In addition, it has come to my attention that Plaintiffs still owe $511.00 for copying costs associated with ABF's document production. You were notified of this cost on July 26, 2002. <u>See</u> Attached. At that time, you were asked to remit payment directly to Capitol Copy Service. You did not do so. Therefore, in order to avoid late fees, Morgan Lewis paid the entire copying bill in August 2002. Accordingly, please remit your payment for $511.00 to Morgan, Lewis & Bockius, at your earliest convenience.

Sincerely,

Robyn B. Weiss

c:   Richard Spearman, Esq
     Jason Weinstock, Esq.
     James A. McCall, Esq.
     Joseph E. Santucci, Jr., Esq.

One Commerce Square
417 Walnut Street
Harrisburg, PA 17101-1904
717-237-4000
Fax: 717-237-4004

Kim N. Luisi
Paralegal
717.237.4036
kluisi@morganlewis.com

**Morgan, Lewis & Bockius LLP**
COUNSELORS AT LAW



July 26, 2002

**BY HAND DELIVERY**

Robert S. Mirin, Esquire
Law Offices of Robert S. Mirin
8150 Derry Street, Suite A
Harrisburg, Pa 17111

Re:  Jeffrey D. Albright et al. v. ABF Freight Systems, Inc., et al.

Dear Mr. Mirin:

Per your request on July 17, 2002, enclosed are the documents produced by Defendant ABF Freight Systems that you identified for copying in connection with the above-referenced case. They are bates numbered as follows:

000001-001661 (Box 1 of 4)

001662-002995 (Box 2 of 4)
003246-003683

005414-007014 (Box 3 of 4)

Also, documents you requested pursuant to the attached list are enclosed. (Box 4 of 4)

Also, enclosed is an invoice for copying charges in the amount of $591.00. Please note that we will pay $80.00 of this bill, which offsets the copying costs for the Plaintiffs' production of 800 pages to ABF at $0.10 per page. Therefore, the remaining cost owed to Capitol Copy Service is $511.00.

If you have any questions regarding this matter, please contact me or Mary Walsh in our Washington office.

Robert S. Mirin, Esquire
July 26, 2002
Page 2

Morgan, Lewis
& Bockius LLP

Sincerely,

*Kim N. Luisi*

Kim N. Luisi

Enclosures

c:    Mary Walsh, Esquire
      Vincent Candiello, Esquire

1-HA/101533.1

Morgan, Lewis
& Bockius LLP

# CAPITOL COPY SERVICE

322 Market Street
P.O. Box 60341
Harrisburg, PA 17106-0341
Phone: (717) 233-2250   Fax: (717) 233-2529
Find Us On The Web At: www.capitolcopy.net
Email: customerservice@capitolcopy.net

Kim Luisi
MORGAN LEWIS & BOCKIUS, LLP /
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101-1904

| Invoice # | 00032406 |
|---|---|
| Invoice Date | 7/24/02 |
| Case/File # | None Provided |
| Reference | Albright v. Teamsters Local 776 |
| Terms | Net 30 |

Fed Tax ID # 25-1713765

| QTY. | DESCRIPTION | COST | TOTAL |
|---|---|---|---|
| 6,195 | Our Work Order #49905<br>Pick-Up & Delivery - N/C<br>B/W Copies Level (B) Pricing, Staples And Clips | $0.09 | $557.55 |

COPY

*Thank You For Choosing Capitol Copy Service!!!*
*The Quickest, Most Economical And Most Accurate Duplication Service In Central PA.*
*Proudly Serving The Legal Market For 9 Years.*

| | |
|---|---|
| Total Charges | $557.55 |
| Sales Tax | $33.45 |
| TOTAL | $591.00 |

PLEASE REMIT TO OUR POST OFFICE BOX
ACCOUNTS OVER 30 DAYS FROM DATE OF INVOICE ARE SUBJECT TO A 1.5% FINANCE CHARGE (.50 MINIMUM) WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.

```
FROM MORGAN LEWIS PHILADELPHIA NEC-9-2  7175411509   (WED) 9. 25' 02 11:28/ST. 11:27/NO. 4861408049 P  1
                                                     08/25/02  11:26am  P. 001
```

## Geiger & Loria Reporting Service
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: 717-541-1509

# STATEMENT OF PROFESSIONAL SERVICES
### As Of: September 23, 2002

Account No.: 2.337
Name: ROBYN WEISS
MORGAN LEWIS & BOCKIUS
1111 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

Fax No.: (000)000-0000

*216-903-5092*
*216-903-5299*

Past due invoices subject to
account service fee computed
at the rate of 12% per annum,
calculated daily on the
outstanding past due balance.

| Invoice # | Date | Case Name | Current | 30 | 60 | 90 |
|---|---|---|---|---|---|---|
| 8 059 | 8/15/2002 | ALBRIGHT VS VIRTUE | 0.00 | 362.39 | 0.00 | 0.00 |
| | | Total | 0.00 | 362.39 | 0.00 | 0.00 |

Method of Payment:

Visa ____  MasterCard ____  American Express ____  Check Enclosed ____

Credit Card # ____
Expiration Date ____
Authorized Signature ____

Please remit payment to:

Geiger & Loria Reporting Service
2408 Park Drive
Suite B
Harrisburg, PA 17110

Geiger & Loria Reporting Service
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

8/26/2002

8107

25-1679685

Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.



RE:  ALBRIGHT VS VIRTUE
Date:  8/12/2002
Case No.:  1:CV-00-878

| Description | Qty | Rate | Amount |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - KEITH SGRIGNOLI | 118 | 2.80 | 330.40 |
| ATTENDANCE | 1 | 50.00 | 50.00 |
| EXHIBITS | 30 | 0.35 | 10.50 |
| SHIPPING | 1 | 15.00 | 15.00 |

**Total:  405.90**

---

**Method of Payment:**

    Check enclosed

☐  ☐  ☐  ☐  ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit
Mail to:
  Geiger & Loria Reporting Service
  2408 Park Dr., Suite B
  Harrisburg, PA 17110



8107   KB

**Geiger & Loria Reporting Service**
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

10/08/2002

8426

25-1679685

Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.



RE: ALBRIGHT VS VIRTUE
Date: 9/27/2002
Case No.: 1:CV-00-878

| Description | | Amount | Charges |
|---|---|---|---|
| ATTENDANCE - SPLIT | 1 | 25.00 | 25.00 |
| HOURLY ATTENDANCE - AFTER 5 P.M. | 1 | 30.00 | 30.00 |
| ORIGINAL TRANSCRIPT-WILLIAM ERDMAN | 166 | 2.80 | 464.80 |
| EXHIBITS | 46 | 0.35 | 16.10 |
| SHIPPING | 1 | 5.60 | 5.60 |

Total: 541.50

**Method of Payment:**

     Check enclosed

☐ ☐ ☐ ☐ ☐
Credit card #

_____

Expiration date

_____

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit.
Mail to:
Geiger & Loria Reporting Service
2408 Park Dr., Suite B
Harrisburg, PA 17110

TOTAL DUE    541.50

8426    KB

**Geiger & Loria Reporting Service**
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508   Fax #: (717)541-1509

10/08/2002

8429

25-1679685

Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

To: ROB [redacted]
MORGAN LEWIS & BOCKIUS
1111 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004

RE:   ALBRIGHT VS VIRTUE
Date: 9/27/2002
Case No.:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| TRANSCRIPT - VINCENT RAMIREZ | 87 | 1.70 | 147.90 |
| EXHIBITS | 30 | 0.35 | 10.50 |

Total: 158.40

---

**Method of Payment:**

      Check enclosed

☐  ☐  ☐  ☐  ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit
Mail to:
Geiger & Loria Reporting Service
2408 Park Dr., Suite B
Harrisburg, PA 17110

TOTAL DUE: 158.40

8429  KB

**Geiger & Loria Reporting Service**
2408 Park Drive, Suite B
rrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509



| | | 10/08/2002 |
| | | 8431 |
| | | 25-1679685 |
| | | Net 30 Days |

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

RE:  ALBRIGHT VS VIRTUE
Date:  9/28/2002
Case No.:

| Description | | | |
|---|---|---|---|
| TRANSCRIPT - STANLEY NYE | 92 | 1.70 | 156.40 |
| EXHIBITS | 22 | 0.35 | 7.70 |
| ATTENDANCE - SPLIT SATURDAY | 1 | 50.00 | 50.00 |

Total:  214.10

---

**Method of Payment:**

    Check enclosed

VISA  ☐  ☐  ☐  ☐  ☐
Credit card #

xpiration date

Authorized signature (for credit card payment)

**Remittance Portion**
Please return with payment to insure proper credit
Mail to:
   Geiger & Loria Reporting Service
   2408 Park Dr., Suite B
   Harrisburg, PA 17110



8431  KB

# Leary Reporting
## Court Reporters
112 West Main Street
Suite #200
Mechanicsburg, PA 17055
FAX(717)691-7768
(717)233-2660

Voucher #DM22403-B

EIN # 25-1779774

Date: October 22, 2002

TO:
Morgan,Lewis&Bockius,LLP
101 Park Avenue
New York, NY 10178

ATTN:
Robyn Weiss, Esq.
LATE STATEMENT
MARCH 2003
Orig Bill 10/22/02

| Date | STATEMENT | Amount |
|---|---|---|
| 10/4/02 | Albright, et al. vs Virtue, et al.<br><br>Furnishing copy of the depositions of L. Edenbo (149 pgs) and G. Drake (77 pgs) on 10/04/02<br>Min-u-script<br>Read and sign copy<br>Postage and handling<br>Finance charge | |
| | Total Amount | 552.79 |

TERMS: UPON RECEIPT. A PENALTY OF 1.5% PER MONTH WILL BE ADDED TO INVOICES AFTER 30 DAYS.

Original          Return W/Payment          File

# Leary Reporting
## Court Reporters
112 West Main Street
Suite #200
Mechanicsburg, PA 17055
FAX(717)691-7768
(717)233-2660

Voucher #   GL22441-B

EIN # 25-1779774

Date:   November 15, 2002

TO:
Morgan,Lewis&Bockius,LLP
101 Park Avenue
New York, NY 10178

ATTN:
Robyn Weiss, Esq.

| .5/02 | Albright, et al. vs Vitue et al.<br><br>Furnishing copy of the deposition of Gordon Ringberg on 10/25/02 consisting of 86 pages.<br>Min-u-script<br>Postage and handling | | |
|---|---|---|---|
| | | Total Amount | 181.50 |

TERMS: UPON RECEIPT. A PENALTY OF 1.5% PER MONTH WILL BE ADDED TO INVOICES AFTER 30 DAYS.

Original                    Return W/Payment                    File



Invoice# KO-0009/02

*Capital City Reporting Service*
*P. O. Box 11908*
*Federal Square Station*
*Harrisburg, Pennsylvania 17108*

To:
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
ATTN: ROBYN B. WEISS, ESQUIRE

Telephone: (717) 561-0503
Fax: (717) 561-0537

S.S. 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

November 18, 2002

IN RE: Deposition taken of Daniel A. Virtue, at 8150 Derry Street, Suite A, Harrisburg, Pennsylvania, on November 7, 2002, in the following matter:

Jeffery D. Albright, et al., vs. Daniel A. Virtue, Business Agent of the International Brotherhood of Teamsters, et al., Case No. 1:CV-00-878

| | |
|---|---|
| One copy of transcript (119 pgs. @ $2.00 per page). | $238.00 |
| (Federal Express) | 40.00 |
| | $278.00 |

KO

*PLEASE MAKE CHECKS PAYABLE TO:*
*MARLENE DePANFILIS, D/B/A*

CAPITAL CITY REPORTING SERVICE
P.O. BOX 11908
FEDERAL SQUARE STATION
HARRISBURG, PA 17108
TELEPHONE (717) 561-0503
FAX (717) 561-0537

INVOICE NO. FP-03-02

TO:  ROBYN WEISS, ESQUIRE
MORTAN LEWIS & ROCKIUS
1111 PENNSYLVANIA AVENUE
WASHINGTON, D.C. 20004

NET: 30 DAYS

Invoice No. FP-03-02
SS.NO. 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
Date: November 25, 2002

PLEASE SUBMIT ORIGINAL WITH PAYMENT

IN RE:  DEPOSITION OF CHARLES SHUGHART taken on November 14, 2002, at the Offices of Ahmad and Mirin, 8150 Derry Street, Harrisburg, Pennsylvania, in the matter of: JEFFERY D. ALBRIGHT, ET AL VERSUS DANIEL A VIRTUE, BUSINESS AGENT OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL., CASE NO. 1:CV-00-878.

Copy of Transcript.

| | |
|---|---|
| (78 Pages x $2.00@) | $156.00 |
| Postage & Handling | 4.50 |
| Total | $160.50 |

£p/√p

NOTE:  TRANSCRIPT WILL BE SENT ON RECEIPT OF PAYMENT. IF C.O.D. IS REQUESTED, C.O.D. CHARGES WILL BE ADDED.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2003, a copy of the foregoing Defendant ABF's Bill of Costs and Memorandum in Support of Its Bill of Costs were served via first-class mail, postage prepaid, on the following:

Robert S. Mirin
AHMAD & MIRIN
8150 Derry Street, Suite A
Harrisburg, PA 17111

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

Scott Paterno