

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

March 19, 2003

Robert S. Mirin, Esq.
Jason M. Weinstock, Esq.
James A. McCall, Esq.
Maggi E. Colwell, Esq.
Joseph E. Santucci, Jr., Esq.
Mary D. Walsh, Esq.
Robyn B. Weiss, Esq.
Vincent Candiello, Esq.
Ira H. Weinstock, Esq.

  Re: <u>Albright vs. Virtue, et. al.</u>
    Case: 1:00-cv-0878 (Judge Rambo)

Dear Counsel:

  The plaintiff filed an appeal on the above referenced case on March 14, 2003.  Accordingly, the court will stay any further action on taxation until the appeal is resolved.

  Upon resolution of the appeal the Court will commence processing the Bill of Costs filed by the Defendants in accordance with 28 U.S.C. § 1920 and the Local Rules of Court

        Very truly yours,
        MARY E. D'ANDREA, CLERK


        by: <u>s/Roseanne M. Pucilowski</u>
        Deputy Clerk