IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


**JEFFREY D. ALBRIGHT, et al.,**     :     **CIVIL NO. 1:CV-00-0878**
         **Plaintiffs**     :
    :
        **v.**     :
    :
**DANIEL A. VIRTUE, Business**     :
**Agent of the International**     :
**Brotherhood of Teamsters;**     :
**INTERNATIONAL BROTHERHOOD** :
**OF TEAMSTERS; LOCAL 776,**     :
**INTERNATIONAL BROTHERHOOD** :
**OF TEAMSTERS; and ABF**     :
**FREIGHT SYSTEM, INC.,**     :
    :
        **Defendants**     :


## O R D E R


In light of the March 19, 2003, letter to the parties from the Clerk of Court staying consideration of Defendants' request for a bill of costs pending appeal, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion to defer disposition is deemed moot.


                    s/Sylvia H. Rambo
                    SYLVIA H. RAMBO
                    United States District Judge


Dated: March 21, 2003.