**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. ALBRIGHT, NORMAN T. BOIRE, GARY M. DIETZ, WILLIAM H. ERDMAN, MICHAEL W. FRITZ, A. RONALD FROMBAUGH, RALPH A. HARRIS, ALLEN W. LANDIS, LOWELL MCGUIRE, WALTER R. MINICH, RAYMOND C. NEVINS, STANLEY L. NYE, VINCENT RAMIREZ, JR., KEITH E. SCRIGNOLI, RAY G. SNYDER, JR., and LAWRENCE D. WELKER,<br>　　　　　　　Plaintiffs<br>　　v.<br>DANIEL A. VIRTUE, Business Agent of the International Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS; ABF FREIGHT SYSTEM, INCORPORATED,<br>　　　　　　　Defendants | Case No. 1:CV-00-878<br>Judge Sylvia H. Rambo |

FILED
HARRISBURG, PA
MAR 20 2003
MARY E. D'ANDREA, Cl
Per _____

## MOTION TO DEFER DISPOSITION

**AND NOW COMES,** Plaintiffs by and through their attorney, Robert S. Mirin, Esq. of Ahmad & Mirin, and hereby file this Motion to Defer Disposition and hereby avers the following:

a. Plaintiffs Notice of Appeal was filed on March 14, 2003, prior to Defendant, ABF Freight System, Inc.'s Memorandum in Support of Bill of Costs which was filed on March 17, 2003.

b. Defendants, Daniel Virtue and International Brotherhood of Teamsters; Local 776, International Brotherhood of Teamsters', Brief in Support of Bill of Costs was filed on March 11, 2003.

c. Plaintiffs respectfully request that disposition of those motions (Bills of costs) be deferred.

Date: 3/19/03

By: _____
Robert S. Mirin, Esquire
ID# 25305
**AHMAD & MIRIN**
2515 North Front Street
Harrisburg, PA  17110
(717) 909-4343

## CERTIFICATE OF SERVICE

I, Sherry A. Clark, hereby certify that on this 19th day of March, 2003, a copy of the *Motion to Defer Disposition* was served via first-class mail, postage prepaid, on the following:

Joseph E. Santucci, Jr.
Robyn Weiss
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

Sherry A. Clark, Paralegal

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY D. ALBRIGHT, NORMAN T. )
BOIRE, GARY M. DIETZ, WILLIAM H. )
ERDMAN, MICHAEL W. FRITZ, )
A. RONALD FROMBAUGH, RALPH A. )
HARRIS, ALLEN W. LANDIS, LOWELL )
MCGUIRE, WALTER R. MINICH, )
RAYMOND C. NEVINS, STANLEY L. NYE, )
VINCENT RAMIREZ, JR., KEITH E. )
SCRIGNOLI, RAY G. SNYDER, JR., and )
LAWRENCE D. WELKER, )
               Plaintiffs )  Case No. 1:CV-00-878
    v. )  Judge Sylvia H. Rambo
DANIEL A. VIRTUE, Business Agent of the )
International Brotherhood of Teamsters; )
INTERNATIONAL BROTHERHOOD OF )
TEAMSTERS; LOCAL 776, INTERNATIONAL )
BROTHERHOOD OF TEAMSTERS; ABF )
FREIGHT SYSTEM, INCORPORATED, )
               Defendants )
)

FILED
HARRISBURG, PA

MAR 14 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit by the United States District Court for the Middle District of Pennsylvania as follows:

    a. Order entered February 13, 2003, granting Defendants Daniel Virtue, International Brotherhood of Teamsters; and Local 776, International Brotherhood of Teamsters' and Defendants ABF Freight System, Inc.'s Motion for Summary Judgment.

Date: 3/14/03

By: _____
Robert S. Mirin, Esquire
ID# 25305
**AHMAD & MIRIN**
2515 North Front Street
Harrisburg, PA 17110
(717) 909-4343

## CERTIFICATE OF SERVICE

I, Sherry A. Clark, hereby certify that on this __14th__ day of March, 2003, a copy of *Notice of Appeal* was served via first-class mail, postage prepaid, on the following:

Joseph E. Santucci, Jr.
Robyn Weiss
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Vincent Candiello
MORGAN, LEWIS & BOCKIUS, L.L.P.
One Commerce Square
417 Walnut Street
Harrisburg, PA 17101

Ira Weinstock
Jason Weinstock
IRA WEINSTOCK, P.C.
800 N. 2nd Street
Harrisburg, PA 17102

James A. McCall
Special Counsel
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

_____
Sherry A. Clark, Paralegal