OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>267-299-4947 |

3/19/03

### NOTICE OF DOCKETING OF APPEAL

**Jeffrey D. Abright, et al.**
**v.**
**Daniel A. Virtue, et al.**
**No.: 00-cv-00878**
**(Honorable Sylvia H. Rambo)**

An appeal by **Jeffrey D. Albright, et al** was filed in the above-caption case on 3/14/03, and docketed in this Court on 3/19/03, at No. **03-1743**.

Kindly use the Appeals Docket No. **03-1743** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Rebecca Simon** at Rebecca Simon@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**