

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

February 17, 2004

Robert S. Mirin, Esq.
Ira H. Weinstock, Esq.
Jason M. Weinstock, Esq.
Maggi E. Colwell, Esq.
James A. McCall, Esq.
Joseph E. Santucci, Esq.
Robyn B. Weiss, Esq.
Vincent Candiello, Esq.

Re: <u>Albright, et. al. vs. Virtue, et. al.</u>
    Civil No. 1:00-CV-0878 (Judge Rambo)

Dear Counsel:

    The court has received notification from the Third Circuit Court of Appeals that the appeal filed in the above referenced case was resolved on January 21, 2004.  Therefore, it is now appropriate to consider the pending bill of costs filed by the defendant, Daniel A. Virtue, International Brotherhood of Teamsters and Local 776, International Brotherhood of Teamsters and defendant ABF Freight System, Inc.

    Objections to taxing of costs should be filed with the Clerk on or before **February 25, 2004.** Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

    Very truly yours,

    MARY E. D'ANDREA, CLERK


    By:  s/Roseanne M. Pucilowski,
    Deputy Clerk