UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-1743

JEFFREY D. ALBRIGHT; NORMAN T. BOIRE; GARY M. DIETZ;
WILLIAM H. ERDMAN; MICHAEL W. FRITZ; A. RONALD FROMBAUGH;
RALPH A. HARRIS; ALLEN W. LANDIS; LOWELL MCGUIRE; WALTER R.
MINICH; RAYMOND C. NEVINS; STANLEY L. NYE; VINCENT RAMIREZ,
JR.; KEITH E. SGRIGNOLI; RAY G. SNYDER; LAWRENCE D. WELKER,
Appellants

v.

DANIEL A. VIRTUE, Business Agent of the International
Brotherhood of Teamsters; INTERNATIONAL BROTHERHOOD OF
TEAMSTERS; LOCAL 776, INTERNATIONAL BROTHERHOOD OF
TEAMSTERS; ABF FREIGHT SYSTEM, INC.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
D.C. Civil No. 00-cv-00878
District Judge: The Honorable Sylvia H. Rambo

Submitted Under Third Circuit LAR 34.1(a)
January 8, 2004

Before: BARRY, SMITH, Circuit Judges, and POLLAK,[1] District Judge

JUDGMENT

---

[1] The Honorable Louis H. Pollak, District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.

---

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on January 8, 2004.

After consideration of all contentions raised by appellants, it is

ADJUDGED and ORDERED that the order of the District Court granting summary judgment to the defendants be and hereby is affirmed. Costs taxed against appellants. All in accordance with the Opinion of the Court.

ATTEST:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: January 21, 2004

Certified as a true copy and issued in lieu of a formal mandate on 3-1-04

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit