OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4947 |

www.ca3.uscourts.gov

March 1, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

**RE: Docket No. 03-1743**
    **Albright  vs. Virtue**
    **D.C. No. 00-cv-00878**

Dear Mrs. D'Andrea:

     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Kindly acknowledge receipt for same on the enclosed copy of this letter.

      Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              *Rebecca Simon*
                         By:  Rebecca Simon
                              Case Manager

Enclosure

cc: Robert S. Mirin, Esq.
    Jason M. Weinstock, Esq.
    Joseph E. Santucci Jr., Esq.