IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY D. ALBRIGHT, ET AL** | : |
| Plaintiffs | : CIVIL ACTION NO. 1:00-CV-878 |
| | : (Judge Rambo) |
| v. | : |
| **DANIEL A. VIRTUE, ET AL** | : |
| Defendants | : |

## JUDGMENT

Pursuant to the court's judgment entered February 13, 2003 and Federal Rule of Civil Procedure 56, costs are taxed: (1) against the plaintiffs Jeffrey D. Albright, Norman T. Boire, Gary M. Dietz, William H. Erdman, Michael W. Fritz, Ralph A. Harris, Allen W. Landis, Lowell McGuire, Walter R. Minich, Stanley L. Nye, Vincent Ramirez, Jr., Ray G. Snyder, Lawrence D. Welker, A. Ronald Frombaugh, Raymond C. Nevins, and Keith E. Sgrignoli and in favor of defendant ABF Freight System in the amount of $3,088.91; and (2) against the plaintiffs Jeffrey D. Albright, Norman T. Boire, Gary M. Dietz, William H. Erdman, Michael W. Fritz, Ralph A. Harris, Allen W. Landis, Lowell McGuire, Walter R. Minich, Stanley L. Nye, Vincent Ramirez, Jr., Ray G. Snyder, Lawrence D. Welker, A. Ronald Frombaugh, Raymond C. Nevins, and Keith E. Sgrignoli and in favor of defendants Daniel A. Virtue, International Brotherhood of Teamsters and Local 776, International Brotherhood of Teamsters in the amount of $3,023.77.

ATTEST:

s/**Mary E. D'Andrea**
MARY E. D'ANDREA, Clerk

DATE: February 2, 2005